Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
**HYDE & SWIGART**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:  (619) 233-7770
Facsimile:   (619) 297-1022

Attorneys for the Plaintiff

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Siranush Yapudzhyan**<br><br>                    Plaintiff,<br>v.<br><br>**NCO Financial Systems, Inc.**<br><br>                    Defendant. | Case Number: 10 CV 1983 LAB JMA<br><br>**NOTICE OF SETTLEMENT** |

    NOTICE IS HEREBY GIVEN that this case has been settled in its entirety.  The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 30 days.  Plaintiff request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after February 7, 2011 for filing a joint dismissal.


Respectfully submitted,

                                                                **HYDE & SWIGART**

Date: January 7, 2011                            By: /s/ Joshua Swigart