Debbie P. Kirkpatrick, Esq. (SBN 207112)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN & NATHAN IN CALIFORNIA, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Tel:    619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
slevine@session-law.biz

Attorneys for Defendant NCO Financial Systems, Inc..

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIRANUSH YAPUDZHYAN, | Case No.: 10-CV-01983-LAB-JMA |
| Plaintiff, | |
| vs. | JOINT MOTION FOR DISMISSAL |
| NCO FINANCIAL SYSTEMS, INC, | |
| Defendant. | |

Defendant, NCO Financial Systems, Inc. and Plaintiff, Siranush Yapudzhyan, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1), and jointly

///

///

///

///

move this court for an order of dismissal with prejudice.

## SIGNATURE CERTIFICATION

Pursuant to Section 2.f.4 of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Joshua B. Swigart, counsel for Plaintiff, and that I have obtained Mr. Swigart's approval for his electronic signature to this document.

                                                    Respectfully submitted,

Dated: 2/4/11                              SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                            /s/ Debbie P. Kirkpatrick
                                            Debbie P. Kirkpatrick
                                            Attorney for Defendant
                                            NCO Financial Systems, Inc.

Dated: 2/4/11                              HYDE & SWIGART

                                            /s/ Joshua B. Swigart
                                            Joshua B. Swigart
                                            Attorney for Plaintiff
                                            Siranush Yapudzhyan