UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIRANUSH YAPUDZHYAN,<br><br>        Plaintiff,<br>  vs.<br><br>NCO FINANCIAL SYSTEMS, INC,<br><br>        Defendant. | Case No.: 10-CV-01983-LAB-JMA<br><br>ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE |

Based on the Joint Motion for Dismissal with Prejudice filed in this action, the above-captioned action is hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

Dated: 4-7-11

HON. LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE